IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EDIE SHANKER and DOUG ABRAMSON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.12 C 2077 |
| | ) | |
| AUMKAAR HOTELS, INC., d/b/a | ) | |
| EXTEND-A-STAY SUITES & DAYS INN | ) | |
| ST. LOUIS NORTH,  MANISHA GOPAL, | ) | |
| and ANIL GOPAL, individually, | ) | |
| | ) | |
| Defendants. | ) | |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Douglas M. Werman, move to be admitted pro hac vice to the bar of this court for the purpose of representing Plaintiffs in this matter.  In support of this motion, I submit the following information as required by Rule 12.01(E):

1. My full name is Douglas Michael Werman.

2. I am an attorney and principal in Werman Law Office, P.C. f/k/a Law Offices of Douglas M. Werman, which is located at 77 West Washington, Suite 1402, Chicago, Illinois 60602.  The firm's phone number is (312) 419-1008.  The firm's fax number is (312) 419-1025.

3. I graduated from Loyola University Chicago School of Law in May 1990.

4. I was admitted to the Illinois State Bar (#6289000) in November, 1990.  I am admitted to practice before the following courts: the United States Court of Appeals for the Seventh and Eighth Circuits, the United States District Courts for the Northern, Central and Southern District of Illinois, the United States District Court for the Northern District of Indiana, and the United States District Court for the Western District of Michigan.

5. I am a member in good standing of all bars of which I am a member; I am not under suspension or disbarment from any bar; I have attached to this motion a certificate of good standing.

6. I do not reside in the Eastern District of Missouri, am not regularly employed in that district and am not regularly engaged in the practice of law in that district

I attest under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted pro hac vice to the bar of the court to appear in the instant matter.

s/Douglas M. Werman<br>
Douglas M. Werman

DOUGLAS M. WERMAN
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Il 60602
312-419-1008

# ATTACHMENT 1



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838   (800) 252-8048
Fax (217) 522-2417

Douglas M. Werman
Werman Law Office, P.C.
77 West Washington Street
Suite 1402
Chicago, IL 60602-3499

Chicago
Wednesday, October 17, 2012

In re: Douglas Michael Werman
Admitted: 11/8/1990
Attorney No. 6204740

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Deputy Registrar

AO